UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN T. TYLER,<br><br>    Plaintiff,<br><br>    v.<br><br>GOV. GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 24-cv-02478 BLF<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various state officials, the Warden of the Correctional Training Facility ("CTF") where he is currently incarcerated, as well as the County of Monterey and City of Soledad. Dkt. No. 1. On October 1, 2024, the Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days of the order and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim. *Id.* at 4.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is DISMISSED with prejudice for failure to state a

claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __November 12, 2024__

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.24\02478Tyler_dism(no-amend)

2