UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN T. TYLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOV. GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02478 BLF<br><br>**JUDGMENT** |

　　　The Court has dismissed the instant civil rights action with prejudice for failure to state a claim.  Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated:  __November 12, 2024__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\02478Tyler_judgment